IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| ALRAINA LIGON, <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS DISABILITY, LLC, <br><br> Defendant. | Case No. 1:19-cv-01240-SO |

### SUGGESTION OF DEATH

Counsel for Plaintiff, SULAIMAN LAW GROUP, LTD., suggests, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1), the death of Alraina Ligon during the pendency of this action.

1. On May 31, 2019, Plaintiff brought suit against Citizens Disability, LLC alleging violation of the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227 *et seq*.

2. Unfortunately, On August 7, 2019, Counsel for Plaintiff learned of Plaintiff's July 8, 2019 passing.

3. In accordance with Fed. R. Civ. P. 25(a), Counsel for Plaintiff is informing the Court of Plaintiff's passing.

4. In light of Plaintiff's passing, Counsel for Plaintiff is no longer able to pursue Plaintiff's claims on behalf of Plaintiff.

DATED: August 7, 2019

Respectfully submitted,

**SULAIMAN LAW GROUP, LTD.**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Ohio by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<em>/s/ Joseph S. Davidson</em>